MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Suite 1500
San Diego, California  92101
Telephone:     (619) 525-1300
Facsimile:     (619) 233-6118

Attorneys for Defendants
BRIAN TAYLOR, Clerk and Court Executive Officer,
Superior Court of California, County of Solano; and
JENNIFER WOOD, Lead Legal Process Clerk,
Superior Court of California, County of Solano

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARLA INCHINGALO,<br><br>             Plaintiff,<br><br>   v.<br><br>SOLANO COUNTY, et al.,<br><br>             Defendants. | Case No. 3:26-cv-02713-LJC<br>Judge: Hon. Lisa J. Cisneros<br><br>STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1406(a); ORDER THEREON<br><br>Complaint Filed:   March 27, 2026 |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

STIPULATION TO TRANSFER ACTION;
ORDER THERON
3:26-CV-02713-LJC

**RECITALS**

WHEREAS, on March 27, 2026, Plaintiff Karla Inchingalo ("Plaintiff") commenced the above-captioned action by filing a Complaint against Defendants Brian Taylor, Clerk and Court Executive Officer, Superior Court of California, County of Solano, and Jennifer Wood, Lead Legal Process Clerk in the Civil Clerk's Office, Superior Court of California, County of Solano (collectively, "Superior Court Defendants"), along with Defendants County of Solano and Deputy Sheriff Joshua Hughes of the Solano County Sheriff's Office (collectively, "County Defendants"), Dkt. 1;

WHEREAS, the Complaint alleges that the Superior Court Defendants and the County Defendants violated Plaintiff's First Amendment right to access court records and her Fourth Amendment right to be free from unreasonable seizures in connection with a March 27, 2024 incident that occurred in the Civil/Small Claims Division of the Superior Court of California, County of Solano, Dkt. 1;

WHEREAS, the County Defendants and the Superior Court Defendants were personally served with a summons and a copy of the Complaint on April 29, and April 30, 2026, respectively, Dkt. 10;

WHEREAS, on May 20, 2026, the County Defendants filed a motion to dismiss or transfer the action for improper venue under Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), and a motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6), Dkt. 11;

WHEREAS, on May 21, 2026, respective counsel for the Superior Court Defendants and Plaintiff met and conferred by telephone regarding the Superior Court Defendants' contemplated motion to transfer the action to the Eastern District of California, during which Plaintiff's counsel agreed that venue is proper in the Eastern District of California, in which Solano County is located; and

WHEREAS, the parties agree that (1) the action shall be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1406(a), and (2) the Superior Court Defendants and the County Defendants shall have 30 days to respond to the Complaint in the Eastern District of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

California under the new case number following the Eastern District of California's notice of receipt of the transferred case.

## <u>STIPULATION</u>

IT IS HEREBY STIPULATED by and between Plaintiff, by and through her counsel of record, Stephen Kent Rose; the Superior Court Defendants, by and through their counsel of record, Matthew L. Green of Best Best & Krieger LLP; and the County Defendants, by and through their counsel of record, Philip J. Downs, Jr., of Allen, Glaessner, Hazelwood & Werth, LLP, that (1) the action shall be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1406(a), and (2) the Superior Court Defendants and the County Defendants shall have 30 days to respond to the Complaint in the Eastern District of California under the new case number following the Eastern District of California's notice of receipt of the transferred case.

Dated: May 26, 2026

By: /s/ Stephen Kent Rose
STEPHEN KENT ROSE
Attorney for Plaintiff
KARLA INCHINGALO

Dated: May 26, 2026          BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendants
BRIAN TAYLOR, Clerk and Court
Executive Officer, Superior Court of
California, County of Solano; and
JENNIFER WOOD, Lead Legal Process
Clerk, Superior Court of California,
County of Solano

Dated: May 26, 2026          ALLEN, GLAESSNER, HAZELWOOD &
WERTH, LLP

By: /s/ Philip J. Downs, Jr.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
COUNTY OF SOLANO and JOSHUA
HUGHES

25508.00227\45044190.1          - 3 -

STIPULATION TO TRANSFER ACTION;
ORDER THERON
3:26-CV-02713-LJC

**ORDER**

Having read and considered the foregoing stipulation, and for good cause shown, (1) the action shall be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1406(a), and (2) the Superior Court Defendants and the County Defendants shall have 30 days to respond to the Complaint in the Eastern District of California under the new case number following the Eastern District of California's notice of receipt of the transferred case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

25508.00227\45044190.1

- 4 -

STIPULATION TO TRANSFER ACTION;
ORDER THERON
3:26-CV-02713-LJC